IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3079 |
| vs. | ORDER |
| HERIBERTO NEGRETE-ROJAS, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 33) recommending that the Court deny the defendant's motion to dismiss (filing 21). The defendant has since pleaded guilty, and the Court has accepted his plea, mooting his motion. Accordingly,

1. The defendant's motion to dismiss (filing 21) is denied as moot.

2. The Magistrate Judge's findings and recommendation (filing 33) are terminated.

Dated this 11th day of January, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge